UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DERRICK DUKES** | **CIVIL ACTION NO. 19-0031** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **UNNAMED DEFENDANT, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Derrick Dukes' Complaint, [doc. #s 1, 5], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 8th day of October, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE